LAW OFFICES

# JAMES MICHAEL MERBERG

ONE McKINLEY SQUARE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02109
TELEPHONE: (617) 723-1990
FACSIMILE: (617) 720-5760

EMAIL: jbrb127@aol.com

November 21, 2018

**BY FEDERAL EXPRESS**

The Honorable Richard G. Andrews
United States District Court for
The District of Delaware
844 North King Street
Unit 18- Room 4209
Wilmington, Delaware 19801

    Re:    <u>Display Technologies, LLC v. Como Audio, LLC</u>
              C.A. No. 1:18-CV-01390-RGA

Dear Sir or Madam:

    Please find enclosed for filing the Defendant Como Audio's Answer and Defenses to Display Technology, LLC's First Amended Complaint.

    This pleading has been filed by Federal Express in accordance with D.Del.LR 83.5 (d)(e).

    Thank you for your anticipated cooperation.

                                        Respectfully,

                                        James Michael Merberg

cc:    Katarzyna Brozynski
        Spencer Fane LLP
        5800 Granite Parkway, Suite 800
        Plano, TX 75024

        Stephen B Brauerman,
        600 North King Street, Suite 400,
        Wilmington, DE 19801

Enclosure