THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**COMO AUDIO, LLC,**<br><br>Defendant. | **Civil Action No. 1:18-cv-01390-RGA**<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

Plaintiff Display Technologies, LLC, pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves for an order dismissing all claims against Defendant Como Audio, LLC in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  December 28, 2018

OF COUNSEL:

Katarzyna Brozynski
Antonio S. Devora
SPENCER FANE, LLP
5700 Granite Parkway, Suite 650
Plano, TX 75024
kbrozynski@spencerfane.com
adevora@spencerfane.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Sara E. Bussiere (#5725)
600 North King Street, Suite 400
Wilmington, DE 19801
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*

1