THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMO AUDIO, LLC,<br><br>Defendant. | Civil Action No. 1:18-cv-01390-RGA<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

Having reviewed the Motion to Voluntarily Dismiss with Prejudice filed by Plaintiff Display Technologies, LLC, pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that all claims asserted in this action against Defendant Como Audio, LLC, are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 2, 2019

/s/ Richard G. Andrews
The Honorable Richard G. Andrews
United States District Judge

1